UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CAROLYN ANN WILES, Plaintiff v. NANCY A. BERRYHILL, Acting Commissioner of Social Security, Defendant. | Case No. 2:16-cv-09558-GJS **JUDGMENT** |
|---|---|

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED and this matter REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

DATED: November 8, 2017

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE